[No. 36542-8-I.     Division One.     February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM
RAY STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-8-01796-9, Gregory Iverson, J. Pro Tem., entered March 28, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36664-5-I.     Division One.     February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. R.P.,
*Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 94-8-0225-9, Alan R. Hancock, J., entered May 5, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36730-7-I.     Division One.     February 10, 1997.]

G. MARTIN GREER, ET AL., *Appellants*, v. WHATCOM
MEADOWS CAMPING ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-00801-1, Michael F. Moynihan, J., entered May 5, 1995. *Reversed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36762-5-I.     Division One.     February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
LYLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07551-5, Ann Schindler, J., entered June 2, 1995. *Affirmed* by unpublished per curiam opinion.